IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC, | ) |
| | ) Case No. 23-cv-0570 |
| Plaintiff, | ) |
| | ) Judge John Robert Blakey |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 16, 2023 [Dkt. No. 48] in favor of Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe No.** | **Seller Name** |
|---|---|
| 131 | YC Studios Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: May 20, 2024                Respectfully submitted,

                                                                  By:    /s/ *Michael A. Hierl*
                                                                          Michael A. Hierl (Bar No. 3128021)
                                                                          William B. Kalbac (Bar No. 6301771)
                                                                          70 W. Madison Street, Suite#4000
                                                                          Chicago, Illinois 60602
                                                                          Telephone: (312) 580-0100
                                                                          Facsimile:  (312) 580-1994
                                                                          Email: mhierl@hsplegal.com
                                                                          Email: wkalbac@hsplegal.com

                                                                          Attorneys for Plaintiff
                                                                          Those Characters from Cleveland, LLC

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 20, 2024.

                                                        s/Michael A. Hierl